AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Kenneth Heard, Jr.,

            Plaintiff,

v.

Costco Wholesale Corporation, et al.,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00673-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case without prejudice.

1/21/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk